# ELECTRONIC RECORD

COA # 14-10-01089-CR

OFFENSE: Poss of Marihuana

STYLE: Jackie Johnson v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: Co Crim Ct at Law No 11

DATE: August 21, 2014   Publish: Yes

TC CASE #:1686082

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Jackie Johnson v The State of Texas

CCA # _____

_____APPELLANT'S_____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: __11/19/2014__

JUDGE: __Per Curiam__

CCA Disposition: **1262-14**

DATE: _____

JUDGE: _____

SIGNED: _____   PC: _____

PUBLISH: _____   DNP: _____

----------------------------

_____STATE'S_____ PETITION
FOR DISCRETIONARY REVIEW
IS __REFUSED__
DATE __11/19/2014__
____Per Curiam____
JUDGE

_____APPELLANT'S_____ MOTION FOR
FOR REHEARING IN CCA IS: _denied_

JUDGE: _PC_   Feb 4, 2015

Newell, J., NOT PARTICIPATING
**ELECTRONIC RECORD**

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS  FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

COA No. 14-10-01089-CR
PD-1262-14

2/6/2015
JOHNSON, JACKIE

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.

Abel Acosta, Clerk

Tr. Ct. No. 1686082

14TH COURT OF APPEALS  CLERK
CHRISTOPHER A. PRINE
301 FANNIN, SUITE 245
HOUSTON, TX  77002-7006
* DELIVERED VIA E-MAIL *